IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| WALTER I. ADKINS,        )<br>                                           )<br>        Plaintiff                    )<br>                                           )        Case No. 4:05-CV-00049<br>                                           )<br>                                           )        **ORDER**<br>JO ANNE B. BARNHART,  )<br>Commissioner of Social Security, )<br>                                           )        By: **Jackson L. Kiser**<br>                                           )              Senior United States District Judge<br>                                           )<br>        Defendant.                )  | |

On September 26, 2005, this Court entered an *Order* [6] referring this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and recommended disposition. Magistrate Judge Crigler filed his *Report and Recommendation* [13] on March 1, 2006. After reviewing the record in this case and no objections having been filed to Magistrate Judge Crigler's *Report and Recommendation* within ten (10) days of its service upon the parties, this Court adopts Magistrate Judge Crigler's *Report* in its entirety. Accordingly, it is this day **ADJUDGED** and **ORDERED** as follows:

   1. The *Report and Recommendation* of the United States Magistrate Judge, filed March 1, 2006, shall be, and hereby is, **ADOPTED** in its entirety.

   2. For the reasons stated in Magistrate Judge Crigler's *Report*, the Commissioner's final decision is **AFFIRMED**, judgment is **GRANTED** to the Defendant, and this action is **DISMISSED** from the docket of this Court.

3. The clerk is directed to strike this case from the active docket of this Court and to send certified copies of this *Order* to all counsel of record and to Magistrate Judge Crigler.

ENTERED this 22nd day of March, 2006.

s/Jackson L. Kiser
Senior United States District Judge